No. 1028. LESSER ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *George T. Altman* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Gilbert E. Andrews* for respondent. ▮

No. 1029. BLACK *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Hans A. Nathan, Warren E. Magee* and *Bert B. Rand* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *John P. Burke* for the United States. ▮

No. 1092. UNIVERSAL MARION CORP. *v.* WARNER & SWASEY CO. ET AL. C. A. 10th Cir. Certiorari denied. *Robert McKay* for petitioner. *J. Herman Yount, Jr.,* and *T. Thomas Von Pechy* for respondents. ▮

No. 1108. BARRON ET AL. *v.* KARINA T. CORP. C. A. 3d Cir. Certiorari denied. *George J. Engelman* for petitioners. *Frank C. Mason* for respondent. ▮

No. 1110. ASH *v.* INTERNATIONAL BUSINESS MACHINES, INC. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Philip H. Strubing* and *George B. Turner* for respondent. ▮

No. 1124. BIGGS RENTAL CO. *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Bert W. Levit* for petitioner. *Solicitor General Marshall, Assistant Attorney General Weisl, Roger P. Marquis* and *A. Donald Mileur* for the United States. ▮